1    JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
2    ORONOZ & ERICSSON, L.L.C.
3    700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
4    Telephone: (702) 878-2889
Facsimile: (702) 522-1542
5    jim@oronozlawyers.com
6    *Attorney for Defendant*

7                 **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9

10

UNITED STATES OF AMERICA,        )

11                            )   2:11-CR-00223-MMD-CWH
        Plaintiff,        )

12                            )   **UNOPPOSED MOTION TO CONDUCT A**
      vs.             )   **PRE-PLEA PRESENTENCE**

13                            )   **INVESTIGATION REPORT AND**
LANCE OTTERSTEIN,       )   **PROPOSED ORDER**

14                            )
      Defendant.      )

15                            )

16 _____)

17        COMES NOW, defendant, LANCE OTTERSTEIN, by and through his counsel,

18 JAMES A. ORONOZ, ESQ., and hereby moves this Court for an Order granting the instant

19 motion for a Pre-Plea Presentence Investigation Report to be prepared by the United States

20 Department of Parole and Probation.

21       1.     It is counsel's understanding that Mr. Otterstein has been convicted of

22 misdemeanor offenses in Nevada. Counsel is unaware of any felony convictions. Accordingly,

23 counsel believes that Mr. Otterstein has a Criminal History Category of I. Mr. Otterstein's

24 Criminal History category will drastically impact his sentencing exposure, negotiations, and his

25 decision as to how he should proceed in this matter. A pre-plea presentence investigation report

26 will promote judicial economy and aid in the manner in which this case is timely resolved.

27       2.     Therefore, undersigned counsel respectfully requests this Court issue an Order

28 directing the United States Department of Parole & Probation to conduct a pre-plea

presentence investigation report as soon as possible.

1        3.     Undersigned counsel has spoken to the prosecutor, Assistant United States

2   Attorney Kimberly Frayn, regarding this request and she has no opposition.

3

4   DATED this 25th day of July, 2012.

5

6                                         /s/ James A. Oronoz
                                       JAMES A.  ORONOZ, Esq.

7                                       700 South 3rd Street
                                       Las Vegas, NV 89101

8                                       *Counsel for Lance Otterstein*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2                          **UNITED STATES DISTRICT COURT**

3                              **DISTRICT OF NEVADA**

4                                                    )
                                                     )
5   UNITED STATES OF AMERICA,                        )
                                                     )   2:11-cr-00223-MMD-CWH
6              Plaintiff,                             )
                                                     )
7              vs.                                   )   **ORDER**
                                                     )
8   LANCE OTTERSTEIN,                                )
                                                     )
9              Defendant.                            )
                                                     )
10                                                   )
                                                     )
11  _____          )

12        IT IS HEREBY ORDERED that that the United States Department of Parole and

13  Probation will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Lance

14  Otterstein.

15
          DATED this __25th__ day of July, 2012.
16

17

18                                              _____
                                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

                                                3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Oronoz & Ericsson

L.L.C. and is a person of such age and discretion as to be competent to serve papers.

That on July 25, 2012, I served an electronic copy of the above and foregoing

UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE

INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to

the person(s) named below:

> DANIEL G. BOGDEN
> United States Attorney
> 333 Las Vegas Blvd. South, #5000
> Las Vegas, NV 89101
> *Counsel for United States*
>
> KIMBERLY FRAYN
> Assistant United States Attorney
> 333 Las Vegas Blvd. South, #5000
> Las Vegas, NV 89101
> *Counsel for United States*


> /s/    Lucas Gaffney, Esq.
> Employee of the Oronoz Law Offices